

NEW YORK    CALIFORNIA    DELAWARE    PENNSYLVANIA

May 9, 2014

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

   Re: *Buker v. L&L Energy, Inc. et al.*, No: 1:13-cv-06704-RA

Dear Judge Abrams:

  We are pleased to inform the Court that the parties have reached a settlement.

  We are currently working through certain logistical issues concerning the five additional actions pending against Defendants in various courts and which arise out of similar facts. As a result, we respectfully request that the conference scheduled for next Friday, May 16 be adjourned until May 30 or June 13, if the Court is available on those dates.

Respectfully submitted,

_____
Richard W. Gonnello
FARUQI & FARUQI, LLP
*Counsel for Lead Plaintiff*

_____
Douglas W. Greene
LANE POWELL PC
*Counsel for Defendants*

cc: All counsel of record (via ECF)