

**The Rosen Law Firm**
INVESTOR COUNSEL

July 26, 2014

**MEMO ENDORSED**

Phillip Kim, Esq.
pkim@rosenlegal.com

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/14

Re:  *In re L&L Energy, Inc. Securities Litig.*
     No. 13 CV 6704 (RA)

Your Honor:

We write on behalf of Plaintiffs to respectfully request a 21 day extension of time to file the motion for preliminary approval of the class action settlement from July 28, 2014 to August 18, 2014. This is the first request for an extension. This request is made with defense counsel's consent. A proposed amended scheduling order is attached hereto.

Good cause exists for this request. The parties are diligently working to document the terms of the settlement. The parties have exchanged drafts and comments of the settlement stipulation. Additional time is required to finalize the settlement stipulation and to prepare the ancillary settlement documents, *i.e.,* the notice, claim form, proposed preliminary approval order, and proposed judgment.

Respectfully submitted,

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)

cc:   All counsel of record (by ECF)

APPLICATION GRANTED
SO ORDERED

_____
RONNIE ABRAMS, U.S.D.J.
7-28-14

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 34TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827