

**Jay Shapiro**

One Penn Plaza | 250 W. 34th Street, Suite 4110 | New York, NY 10119-4115
Direct 212.714.3063 | Fax 212.631.1240
shapiroj@whiteandwilliams.com | whiteandwilliams.com

August 18, 2014

**<u>VIA ECF</u>**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *Buker v. L&L Energy, Inc., et al.*, Docket No. 13-cv-6704**

Dear Judge Abrams:

The parties have encountered complexities in the settlement process but are continuing to work together in the hope of achieving a full resolution of this action.

Specifically, due to the presence of a group of investors who may or may not be class members but have expressed an intention to opt out of the settlement class, the parties respectfully request that the Court adjourn the current deadline for filing settlement-approval papers, today, August 18, 2014, to allow these investors to provide sufficient documentation for the parties to determine these investors' claims.

Therefore, the parties respectfully request that the Court set a deadline of September 5, 2014 for the parties to submit a status report.

Respectfully submitted,

Jay Shapiro
White and Williams LLP
One Penn Plaza
250 West 34th Street, Suite 4110
New York, New York 10119
Phone: 212-714-3063
E-mail: shapiroj@whiteandwilliams.com
*Attorneys for Defendants L&L Energy, Inc., Dickson V. Lee, Ian G. Robinson, and Clayton Fong*

To: All counsel of record (via ECF)