

**White and Williams** LLP

MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/14

Jay Shapiro

One Penn Plaza | 250 W. 34th Street, Suite 4110 | New York, NY 10119-4115
Direct 212.714.3063 | Fax 212.631.1240
shapiroj@whiteandwilliams.com | whiteandwilliams.com

September 5, 2014

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *Buker v. L&L Energy, Inc., et al.*, Docket No. 13-cv-6704

Dear Judge Abrams:

The parties jointly submit this status report pursuant to the Court's memo endorsement of the parties' August 18, 2014 status report.

Following requests over the last several weeks, the investors that expressed their intention to opt out of the settlement class provided transaction documentation to plaintiffs' class counsel. Class counsel will review and analyze the information and confer with defendants' counsel on whether and, if so, how this affects the parties' settlement, and next steps in the settlement process.

September 5, 2014
Page 2

      Therefore, the parties jointly request that the Court set a deadline of September 19, 2014 for the parties to submit a further status report.

                                               Respectfully submitted,

*[signature: Jay Shapiro]*

Jay Shapiro
White and Williams LLP
One Penn Plaza
250 West 34th Street, Suite 4110
New York, New York 10119
Phone: 212-714-3063
E-mail: shapiroj@whiteandwilliams.com
*Attorneys for Defendants L&L Energy,
Inc., Ian G. Robinson, and Clayton Fong*

To: All counsel of record (via ECF)

**APPLICATION GRANTED
SO ORDERED**

*[signature]*
RONNIE ABRAMS, U.S.D.J.
9/8/14

14230722v.1