

Phillip Kim, Esq.
pkim@rosenlegal.com

September 19, 2014

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *In re L&L Energy, Inc. Securities Litig.*
      No. 13 CV 6704 (RA)

Your Honor:

The parties jointly submit this status report concerning the status of the settlement in this action. *See* dkt. # 51. Plaintiffs recently received the purported opt-outs' trading information in a usable form along with other requested information. Plaintiffs believe they will need two weeks to analyze the information.

Accordingly, the parties will submit a further status report on October 10, 2014.

Respectfully submitted,

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)

cc:   All counsel of record (by ECF)

1

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 34TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827