

**The Rosen Law Firm**
INVESTOR COUNSEL

Phillip Kim, Esq.
pkim@rosenlegal.com

October 3, 2014

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *In re L&L Energy, Inc. Securities Litig.*
No. 13 CV 6704 (RA)

Your Honor:

The parties jointly submit this status report concerning the settlement in this action. Plaintiffs and Defendants are in agreement that they should go forward with the process of documenting the settlement and moving for preliminary approval of the settlement. Plaintiffs and Defendants anticipate filing the preliminary approval motion papers on before November 3, 2014.

Respectfully submitted,

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)

cc: All counsel of record (by ECF)

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 34TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827