

NEW YORK    CALIFORNIA    DELAWARE    PENNSYLVANIA

November 3, 2014

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

Re:   *In re L&L Energy, Inc. Securities Litigation*, No: 1:13-cv-06704-RA

Dear Judge Abrams:

The parties jointly request that they be allowed two additional weeks, through November 17, 2014, within which to file a motion for preliminary approval of the parties' settlement. We apologize for the delay. The presence of several large potential opt-outs continues to complicate the parties' documentation of their settlement. However, the parties continue to be confident that they will indeed complete the settlement documentation and file for preliminary approval.

Respectfully submitted,

Richard W. Gonnello

cc:   All counsel of record (via ECF)