USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/21/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: L & L ENERGY, INC. SECURITIES LITIGATION,

No. 13-CV-6704 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 16, 2014, Lead Plaintiffs in these consolidated actions filed a motion for preliminary approval of the class action settlement (Dkt. 59). On January 16, 2015, Lead Plaintiffs subsequently filed a notice of non-opposition to their motion (Dkt. 61). In order to facilitate a potentially more expedient resolution of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before Magistrate Judge Peck.

If both parties consent to proceed before Judge Peck, counsel for Lead Plaintiffs must, within two weeks of the date of this Order, either e-mail the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order. If the Court approves that form, all further proceedings will then be conducted before Judge Peck. If either party does not so consent, the parties must file a joint letter, within two weeks of this Order, advising the Court accordingly, but without disclosing the identity of the party or parties who do not consent. The parties may withhold consent without negative consequences.

SO ORDERED.

Dated: January 21, 2015
New York, New York

Ronnie Abrams
United States District Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

|  |  |
|---|---|
| _____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| _____ ) | |
| *Defendant* ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____                    _____
                                                *District Judge's signature*

                                                Ronnie Abrams, U.S.D.J.
                                                *Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.