January 29, 2015

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *In re L&L Energy, Inc. Securities Litig.*
     No. 13 CV 6704 (RA)


Your Honor:

Counsel for Lead Plaintiffs and Defendants write to advise the Court that all parties do not consent to proceed before a magistrate judge.

Respectfully submitted,

| | |
|---|---|
| /s/ Phillip Kim | /s/ Richard Gonnello |
| Phillip Kim, Esq. | Richard Gonnello, Esq. |
| The Rosen Law Firm, P.A. | Faruqi & Faruqi LLP |
| *Co-Lead Counsel for Lead Plaintiffs* | *Co-Lead Counself for Lead Plaintiffs* |
| | |
| /s/ Doug Greene | /s/ Aric Wu |
| Doug W. Greene, Esq. | Aric Wu, Esq. |
| Lane Powell, P.C. | Gibson, Dunn & Crutcher LLP |
| *Counsel for defendants L&L Energy, Inc., Ian G. Robinson, and Clayton Fong* | *Counsel for defendant Dickson Lee* |

1

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 34TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827