UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

IN RE: L & L ENERGY, INC. SECURITIES : 
LITIGATION                              13 Civ. 6704 (RA)(AJP)
                                      :
                                        ORDER
------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

The Court has signed the "Order Preliminarily Approving Settlement," and inserted the date of June 26, 2015 for the fairness hearing before Judge Abrams. If the parties wish to consent for the fairness hearing to be before me pursuant to 28 U.S.C.§ 636(c), they should sign another limited § 636(c) consent form for that purpose; otherwise, the hearing will remain before Judge Abrams.

SO ORDERED.

Dated:   New York, New York
         February 13, 2015

_____
**Andrew J. Peck**
United States Magistrate Judge

Copies **by ECF** to:   All Counsel
                        Judge Abrams