**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: L&L ENERGY, INC. SECURITIES LITIGATION | Case No.: 13-cv-6704-RA |
| This Document Relates To: All Actions | |

**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR
(1) FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT; AND (2) AN AWARD OF COUNSEL FEES, REIMBURSEMENT OF EXPENSES, AND AN AWARD TO LEAD PLAINTIFFS**

PLEASE TAKE NOTICE that Lead Plaintiffs Robert Leonard and Gregg Irvin ("Lead Plaintiffs") will and hereby do move the Court, for final approval of the proposed class action settlement and an award of counsel fees, reimbursement of expenses, and award to Lead Plaintiffs.

This motion is based upon this notice of motion and motion, the accompanying memorandum of law, the accompanying declaration of Phillip Kim in support of the motion, the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on this motion.

Dated: May 22, 2015                                    Respectfully submitted,

                                                                         **THE ROSEN LAW FIRM, P.A.**

                                                                         /s/ Phillip Kim
                                                                         Laurence M. Rosen, Esq. (LR 5733)
                                                                         Phillip Kim, Esq. (PK 9384)
                                                                         275 Madison Avenue, 34th Floor
                                                                         New York, New York 10016
                                                                         Tel: (212) 686-1060
                                                                         Fax: (212) 202-3827
                                                                         Email: lrosen@rosenlegal.com
                                                                         Email: pkim@rosenlegal.com

1

2

        **FARUQI & FARUQI LLP**
        Richard W. Gonnello, Esq.
        Megan M. Sullivan, Esq.
        369 Lexington Avenue 10th Floor
        New York, New York 10017
        Tel: (212) 983-9330
        Fax: (212) 983-9331
        Email: rgonnello@faruqilaw.com
              msullivan@faruqilaw.com

        *Lead Counsel for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this on the 22nd day of May, 2015, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Phillip C. Kim